IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ZACKARY STEVEN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:19-CV-95-WHA |
| | ) | |
| CAPTAIN WELCH, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on August 14, 2019. Doc. 25. There being no timely objection filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to prosecute this action and comply with the orders of the court.

A final judgment will be entered separately.

Done, this 6th day of September 2019.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE